YOUNG CHO
ATTORNEY AT LAW: 189870
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4756
562/868-5886
FAX: 562/868-5491

ATTORNEY FOR PLAINTIFF
CAROLYN YATES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CAROLYN YATES,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:08-CV-01136-GSA<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's deadline in which to file her opening brief shall be extended from May 6, 2009, to and including May 13, 2009, and that all subsequent deadlines shall be extended accordingly.

//
//
//
//
//

1  This is the parties' first request for an extension of time. Counsel for plaintiff needs
2  additional time to discuss certain relevant aspects of her case with plaintiff. Plaintiff respectfully
3  requests the granting of this stipulation for the proper briefing of this claim.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: May 6, 2009

*/s/ Young Cho*
_____
Young Cho
Attorney for Plaintiff Carolyn Yates

Dated: May 6, 2009

McGREGOR SCOTT
United States Attorney

By:

*/s/ Theophous S. Reagans*
_____
Theophous S. Reagans
Special Assistant United States Attorney
Attorneys for Defendant
Commissioner of Social Security
Michael J. Astrue
[By email authorization on May 6, 2009]

**ORDER**

IT IS SO ORDERED.

Dated:  **May 8, 2009**              **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE