1  LAWRENCE BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail: Jacqueline.A.Forslund@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11                    **FRESNO DIVISION**

12

13 CAROLYN YATES,                )
                                  )   CIVIL NO. 1:08-CV-01466-GSA
14        Plaintiff,              )
                                  )
15        v.                      )   STIPULATION AND PROPOSED
                                  )   ORDER FOR EXTENSION OF TIME
16 MICHAEL J. ASTRUE,             )
   Commissioner of                )
17 Social Security,               )
                                  )
18        Defendant.              )
   _____)

19

20        The parties hereby stipulate by counsel, with the Court's approval as indicated by

21 issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to

22 respond to Plaintiff's motion for summary judgment, to allow for Defendant's further review of

23 the case in light of the arguments for remand presented in Plaintiff's motion.  The current due

24 date is June 17, 2009.  The new due date will be July 17, 2009.

25 //

26 //

27 //

28 //

1 | The parties further stipulate that the Court's Scheduling Order shall be modified
2 | accordingly.
3 |
4 |                        Respectfully submitted,

Dated: June 16, 2009          */s/ Young Cho*
                         (As authorized via telephone)
                         YOUNG YORO
                            Attorney for Plaintiff

Dated: June 16, 2009          LAWRENCE BROWN
                         United States Attorney
                         LUCILLE GONZALES MEIS
                         Regional Chief Counsel, Region IX
                         Social Security Administration

                         */s/ Jacqueline A. Forslund*
                         JACQUELINE A. FORSLUND
                         Special Assistant U.S. Attorney

                         Attorneys for Defendant

                         **ORDER**

IT IS SO ORDERED.

  **Dated:**  **June 17, 2009**         **/s/ Gary S. Austin**
                         UNITED STATES MAGISTRATE JUDGE