BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CAROLYN YATES, ) | Case No. 1:08-CV-01466-GSA |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER FOR |
| ) | THE AWARD OF ATTORNEY FEES PURSUANT |
| ) | TO THE EQUAL ACCESS TO JUSTICE ACT, |
| MICHAEL J. ASTRUE, ) | 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, ) | |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of THREE THOUSAND FIVE HUNDRED FIFTY dollars and 00 cents ($3,550.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of THREE THOUSAND FIVE HUNDRED FIFTY dollars and

1

00 cents ($3,550.00) in EAJA fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this civil action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted January 4, 2010.

                                          Respectfully submitted,

Dated: January 5, 2010          /s/ Young Cho
                                         (As authorized via email)
                                         YOUNG CHO
                                         Attorney for Plaintiff Carolyn Yates

                                         BENJAMIN B. WAGNER
                                         United States Attorney

Date: January 15, 2010         By s/ Daniel P. Talbert
                                         DANIEL P. TALBERT
                                         Special Assistant U. S. Attorney

                                         Attorneys for Defendant Michael J. Astrue

## ORDER

Upon review of the stipulation of the parties, the stipulaton is hereby approved.

IT IS SO ORDERED.

**Dated:   January 20, 2010**                 /s/ **Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE